## JOHNSON v. STATE.
### No. 22997.

Court of Criminal Appeals of Texas.
Jan. 3, 1945.

Rehearing Denied Feb. 28, 1945.

Eugene F. Mathis, of Lubbock, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for unlawfully carrying a pistol; punishment assessed, six months in the county jail.

The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.